**Abatement Order filed September 30, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00754-CV

———————

## IN FORREST LOCKE AND SHERRI LEYENDECKER Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 432,609**

---

### ABATEMENT ORDER

On September 22, 2016, relators Forrest Locke and Sherri Leyendecker filed a petition for writ of mandamus in this court. See Tex. Gov't Code Ann. § 22.221 (West 2004); see also Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Rory R. Olsen, presiding judge of Probate Court No. 3 of Harris County, to set aside his (1) August 23, 2016 oral order denying relators' motion to terminate the receivership; and (2) August 23, 2016 written order granting the applicant's motion to give bond in the receivership in trial court cause number

432,609, styled *In re Estate of Cecil Wayne Clancy, Deceased.*

On September 29, 2016, the parties filed a joint motion to abate this original proceeding through October 6, 2016, to allow the parties to continue settlement negotiations. The joint motion to abate is **GRANTED**. Accordingly, we issue the following order:

The original proceeding is abated from the date of this order through October 6, 2016, at which time relators and real party in interest are directed to advise the court of the status of the case. The original proceeding is treated as a closed case, and removed from this court's active docket. The original proceeding will be reinstated on this court's active docket when the parties file a motion to dismiss the original proceeding or other dispositive motion. This court will also consider an appropriate motion to reinstate the original proceeding, or the court may reinstate the original proceeding on its own motion.

It is so ORDERED.

PER CURIAM